# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

Stephen J. Markman,
Chief Justice

153638

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC:  153638
                                 COA:  323081

RECO NATHANIEL SIMMONS,
     Defendant-Appellant.

Wayne CC:  13-004236-FC

_____/

On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

a0327